UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-3470 DSF <br> CR 04-742 DSF | Date | 7/30/09 |
|---|---|---|---|

| Title | Aureliano Arroyo Magana v. United States |
|---|---|

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order DENYING Motion for Entry of Default

     Movant Aureliano Arroyo Magana has moved for entry of default. Entry of default is not warranted because the government filed its opposition to the § 2255 motion on June 26, 2009. Apparently Magana did not receive the opposition. In light of this, the Clerk will mail a copy of the government's opposition to Magana and Magana may file his reply by September 18, 2009.

     IT IS SO ORDERED.